No. 13–0007/AR. U.S. v. Walter S. Coleman. CCA 20100417. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN FAILING TO GRANT A DEFENSE MOTION FOR MISTRIAL BASED ON THE TRIAL COUNSEL'S FAILURE TO DISCLOSE THAT APPELLANT'S CO–ACCUSED TESTIFIED AGAINST HIM IN EXCHANGE FOR THE STAFF JUDGE ADVOCATE'S RECOMMENDATION THAT HIS SENTENCE BE REDUCED BY TWELVE MONTHS.

Briefs will be filed under Rule 25.

Misc. No. 12–8026/AR. Maurice K. Robins, Appellant v. United States, Appellee. CCA 20090996. Appellant's petition for reconsideration of this Court's order denying Appellant's writ-appeal petition is denied.

Misc. No. 12–8033/AR. Maurice K. Robins, Appellant v. United States, Appellee. CCA 20090996. Appellant's petition for reconsideration of this Court's order denying Appellant's writ-appeal petition is denied.

No. 12–0336/AR. U.S. v. Chrstopher L. Covington. CCA 20090877. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 26, 2012.

No. 12–0385/AR. U.S. v. Robert T. Toussant. CCA 20090839. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 20, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*